EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| EX Parte:<br><br>Ethel Santisteban Rivera | 2017 TSPR 47<br><br>197 DPR ____ |

Número del Caso: TS-11,942


Fecha: 31 de marzo de 2017


Abogado de la peticionaria:

      Por derecho propio


Materia: Readmisión al ejercicio de la abogacía.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte

Ethel Santisteban Rivera

TS-11942

RESOLUCIÓN

En San Juan, Puerto Rico, a 31 de marzo de 2017.

Examinada la *Moción Solicitando Cambio de Estatus al de Abogada Activa* presentada por la peticionaria Ethel Santisteban Rivera, se provee con lugar. Se ordena a la Secretaría registrar el cambio en el Registro Único de Abogados y Abogadas.

Publíquese.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo